IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY McMILLIAN,            ) | |
|                            ) | |
|         Plaintiff,         ) | |
|                            ) | |
| v.                         ) | Civil Action No. 05-2127 |
|                            ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
|                            ) | |
|         Defendants.        ) | |

### ORDER

Upon consideration of the defendants District of Columbia and Thomas Tippett's motion to dismiss the complaint, any opposition thereto, any reply, the facts, the law and the record herein, it is this _____ day of _____ 2006, and it is,

**ORDERED**: that the defendants' motion to dismiss the complaint in hereby **GRANTED,** and the complaint in Civil Action No. 05-2127 is hereby **DISMISSED WITH PREJUDICE.**

                                              _____
                                              JAMES ROBERTSON
                                              United States District Court Judge