**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
TONY MCMILLIAN,                   :
                                  :
       Plaintiff,                 :
                                  :
  v.                              :  Civil Action No. 05-2127 (JR)
                                  :
DISTRICT OF COLUMBIA, et al.,     :
                                  :
       Defendants.                :
```

**ORDER**

For the reasons set forth in the accompanying memorandum, defendants' motion to dismiss [3] is **granted.**

JAMES ROBERTSON
United States District Judge